LOCAL PTS
Non-Compliance Report
(06/22)

| | |
|---|---|
| **DATE** | **U.S. DISTRICT COURT** |
| 02/19/2026 | **DISTRICT OF CONNECTICUT** |

**NAME**
Paige James

**DOCKET NUMBER:**
0205 3:20CR00158-001

**U.S. DISTRICT/MAGISTRATE JUDGE**
Honorable Thomas O. Farrish, U.S. Magistrate Judge

### Notification of Non-Compliance

**ASSISTANT U.S ATTORNEY**
Brendan Keefe

**DEFENSE ATTORNEY**
Allison Kahl

**RELEASE DATE:**

**NEXT COURT DATE:** February 26, 2026

**CURRENT STATUS:** Released

**CHARGED OFFENSE(S)**
Conspiracy to Transport and Possess Stolen Property, in violation of 18 U.S.C. § 371

*(Displaying Most Severe)*

**CONDITIONS**

[✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:
_____

[✓] submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

[ ] You must pay all or part of the cost of the program based on your ability to pas as determined by the pretrial services officer or supervising officer.

Other:
The defendant shall not enter any retail store or mall without the prior approval of the United States Probation Office.

**CONDITIONS VIOLATED**
The defendant shall not enter any retail store or mall without the prior approval of the United States Probation Office.

**NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE**
On February 19, 2026, this writer confirmed that Ms. Paige James made stops to Dollar Tree (Hartford, Connecticut); Ocean State Job Lot (Windsor, Connecticut); Family Dollar (Windsor, Connecticut) and Five & Below (Bloomfield, Connecticut) on February 15, 2026.  This was addressed with Ms. James who confirmed that she went to the stores noted above to purchase necessities.  Ms. James advised that she was under the impression that a retail store was a clothing or department store and would not intentionally violate her conditions of release. This writer reminded Ms. James of her conditions which includes that she must obtain approval prior to entering any retail store or mall.

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

On October 30, 2025, Ms. James made an Initial Appearance for the Violation of Supervised Release before the Honorable Thomas O. Farrish, U.S. Magistrate Judge in Hartford, Connecticut. The defendant was released and placed with bond conditions to include curfew with Global Positioning System (GPS) monitoring and not leave the city of Hartford without prior approval.

On November 14, 2025, the Court was informed of noncompliance. Specifically, Ms. James traveled to stores outside of Hartford without prior permission. On November 26, 2026, Ms. James appeared before the Court to address the noncompliance. At the conclusion of the hearing, Ms. James was verbally admonished for her noncompliance and the bond conditions were reviewed with Ms. James.

On January 26, 2026, the Court was informed of noncompliance. Specifically, Ms. James traveled to Walmart and Mohegan Sun Casino without permission. In addition, she was not communicative with this writer. On January 29, 2026, Ms. James appeared before the Court to address the noncompliance. At the conclusion of the hearing, Ms. James was verbally admonished for the noncompliance and a subsequent hearing was scheduled.

On February 12, 2026, Ms. James appeared before the Court for a noncompliance hearing. At the conclusion of the hearing, the Court addressed Ms. Paige's status with conditions of release and her conditions were modified to include standalone GPS monitoring. A subsequent hearing is scheduled for February 26, 2026.

As of this report, Ms. James' housing continues to be unstable. She remains employed with AMP Homecare Solutions, LLC and has provided the Probation Office with verification.

**OFFICER RECOMMENDATION**

As noted above, Ms. James is scheduled to appear before the Court on February 26, 2026. The Probation Office respectfully requests that the noncompliance be addressed at her next scheduled court appearance. The Probation Office will continue to monitor Ms. James compliance with conditions of release. Should there be any additional issues of noncompliance, the Court will be notified and provided with an updated recommendation.

I declare the foregoing is true and correct.

by _____

Stacey Alston
U.S. Probation Officer

Date: February 19, 2026

LOCAL PTS
Non-Compliance Report
(06/22)

**Judicial Officer's Response:**

The Court would ordinarily direct the issuance of a summons or warrant under these circumstances, but it will not do so in this instance because the defendant has already been directed to appear in Court on Thursday, February 26, 2026 at 2:00 p.m.  See ECF No. 644.  The defendant should come to that hearing prepared to show cause, if cause can be shown, why her release should not be revoked.

☒ Concur with U.S. Probation & Pretrial Services

☐ Issue a summons for a bond hearing

☐ Issue a warrant for a bond hearing

☐ Other

_____
Signature of Judicial Officer
Date: 2026.02.24 16:19:12 -05'00'

February 24, 2026
Date